**NATIONAL ARCHIVES AND RECORDS ADMINISTRATION,\* Defendant–Appellee,**

**Sheila Foster Anthony; Lisa Foster Moody, Intervenors–Appellees.**

---

5. Awabdy also sued the City of Adelanto on the theory that it had adopted a custom of singling out for prosecution members of racial or ethnic minorities and individuals who took public positions contrary to those of the city. The district court did not address that claim specifically. Ultimately, Awabdy's claim against the city will not succeed unless he can establish that a municipal policy or custom contributed to the constitutional violation. *Gillette v. Delmore,* 979 F.2d 1342,

1346–47 (9th Cir.1992). Nevertheless, at this stage, Awabdy has pled such a claim sufficiently to preclude dismissal under Rule 12(b)(6).

\* Pursuant to the Supreme Court's opinion in *National Archives and Records Administration v. Favish,* filed on March 30, 2004, National Archives and Records Administration has been substituted for Office of Independent Counsel.

Allan J. Favish, Plaintiff–Appellee,

v.

National Archives and Records
Administration,*
Defendant,

Sheila Foster Anthony; Lisa Foster
Moody, Intervenors–Appellants.

Allan J. Favish, Plaintiff–Appellee,

v.

National Archives and Records
Administration,* Defendant–
Appellant,

and

Sheila Foster Anthony; Lisa Foster
Moody, Defendants–
Intervenors.

Nos. 01–55487, 01–55788, 01–55789.

United States Court of Appeals,
Ninth Circuit.

May 20, 2004.

Allan J. Favish, Santa Clarita, CA, pro se.

James Hamilton, Esq., Washington, DC, G. Andrew Lundberg, Esq., Latham & Watkins, Los Angeles, CA, for Intervenors–Appellees/Intervenors–Appellants/ Defendants-intervenors.

Robert M. Loeb, Esq., Leonard Schaitman, Esq., Washington, DC, Jan L. Luymes, Esq., Los Angeles, CA, for Defendant–Appellee/Defendant/Defendant– Appellant.

Before PREGERSON, NOONAN and O'SCANNLAIN, Circuit Judges.

* This panel unanimously agrees that this case is appropriate for submission without oral

## ORDER

The case is remanded to the district court to enter judgment for the National Archives and Records Administration. *National Archives and Records Administration v. Favish*, —— U.S. ——, 124 S.Ct. 1570, 158 L.Ed.2d 319 (2004).